IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION
FILED
6/17/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| DAVID JAMES,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No: CV-19-03-H-CCL<br><br><br>ORDER |

The parties having filed a "Joint Stipulation to Dismiss with Prejudice,"

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees.

DATED this 17th day of June, 2019.

CHARLES C. LOVELL
Senior United States District Judge